UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 22-mj-272 |
| | : | |
| v. | : | |
| | : | |
| TREVOR WRIGHT, | : | |
| | : | |
| Defendant. | : | |

## JOINT MOTION TO STAY REMOVAL
## AND CONTINUE STATUS HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, as well as Defendant Trevor Wright, by and through his attorney, Christopher Davis, Esq., respectfully submit this Joint Motion to Stay Removal and Continue the June 30, 2025 Status Hearing in the above-captioned matter.

The instant matter stems from an indictment against the Defendant arising out of the Southern District of Florida. The parties agree that the Defendant's removal to the Southern District of Florida should continue to be stayed, and this case should trail the Defendant's pending D.D.C. matters in 22-cr-410 (CRC) and 23-cr-137 (CRC). The parties were engaged in plea discussions, but the Defendant ultimately rejected the Government's offer and scheduled a trial date for June 2, 2025, in the matter of 23-cr-137 (CRC).  On April 11, 2025, the Defendant moved for withdrawal of his then-defense counsel.  On April 24, 2025, the Court granted the Motion and appointed Mr. Davis as new defense counsel.  A new trial date in 23-cr-137 (CRC) is now scheduled for December 1, 2025.

The Defendant wishes for his other pending D.C. matter, 22-cr-410 (CRC) to trail case number 23-cr-137 (CRC).  Similarly, with respect to the above-captioned case, the defendant wishes for the instant matter to trail 23-cr-137 (CRC), so, depending on the outcome following

trial, a possible resolution can be reached in the instant matter as well as 22-cr-410 (CRC). The government does not oppose this request. As such, the parties request a continued status hearing in the instant matter to be scheduled on or about January 26, 2025, once the trial in case number 23-cr-137 (CRC) has concluded.

The parties agree that time should be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(E) ("delay resulting from any proceeding relating to the transfer of a case or the removal of any defendant from another district.") and 18 U.S.C. § 3161(h)(7)(A) (ends of justice).

Respectfully submitted,

JEANINE FERRIS PIRRO
INTERIM UNITED STATES ATTORNEY

By: /s/ Sitara Witanachchi
SITARA WITANACHCHI
ANDREA DUVALL
Assistant United States Attorneys
D.C. Bar Number 1023007 (Witanachchi)
AR Bar Number 2013114 (Duvall)
United States Attorney's Office
601 D Street NW
Washington, D.C. 20530
Telephone: (202) 252-2420
Sitara.Witanachchi@usdoj.gov